# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MONROE BOWDEN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 1:19-cv-01769-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S COMPLAINT FOR LACK OF SIGNATURE<br><br>(ECF No. 1)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Shane Monroe Bowden is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's complaint, filed on December 18, 2019. (ECF No. 1.) A review of Plaintiff's complaint reveals that Plaintiff did not sign the complaint under penalty of perjury. All filings submitted to the Court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's complaint must be stricken from the record as deficient. Plaintiff must file a complaint, signed under penalty of perjury with an original signature, in order for this case to proceed.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed on December 18, 2019, (ECF No. 1), is STRICKEN from the record for lack of signature;

///

1

2. The Clerk of Court is directed to send Plaintiff a blank civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a complaint, signed under penalty of perjury with an original signature; and

4. Failure to comply with this order will result in the recommendation to a District Judge that this action be dismissed for failure to obey a court order and failure to prosecute. Local Rule 110.

IT IS SO ORDERED.

Dated: **December 23, 2019**

UNITED STATES MAGISTRATE JUDGE