UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MONROE BOWDEN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00071-SKO (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO FILE COMPLAINT IN CASE NO. 1:19-cv-01769-SAB AND CLOSE CASE**<br><br>(Doc. 1) |

Plaintiff filed a complaint on January 14, 2020 (Doc. 1), which initiated this action. It appears, however, that Plaintiff intended the complaint to serve as an amended complaint in a preexisting action, Case No. 1:19-cv-01769-SAB. *Compare Bowden v. CDCR*, No. 1:20-cv-00071-SKO (Doc. 1), *with Bowden v. CDCR*, No. 1:19-cv-01769-SAB (Doc. 1); *see also Bowden v. CDCR*, No. 1:19-cv-01769-SAB (Docs. 5, 11, 12).

Accordingly, the Court DIRECTS the Clerk of the Court to file Plaintiff's complaint (Doc. 1) as an amended complaint in Case No. 1:19-cv-01769-SAB <u>and</u> to close this action.

IT IS SO ORDERED.

Dated: **February 24, 2020**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE