UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MONROE BOWDEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et.al.,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-01769-SAB (PC)<br><br>ORDER DISCHARGING FEBRUARY 4, 2020 ORDER TO SHOW CAUSE<br><br>[ECF Nos. 5, 11, 12] |

Plaintiff Shane Monroe Bowden is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed the instant action on December 18, 2019. (ECF No. 1.)

On December 23, 2019, the Court issued an order striking Plaintiff's complaint for lack of signature as required by Local Rule 131 and Federal Rule of Civil Procedure 11(a). (ECF No. 5.) Plaintiff was directed to file a complaint, signed under penalty of perjury with an original signature within thirty days. (Id.) Plaintiff failed to comply with the Court's order. Therefore, on February 4, 2020, the Court issued an order for Plaintiff to show cause within twenty-one (21) days why the action should not be dismissed for failure to comply with a court order. (ECF No. 11.) Plaintiff filed a response to the order to show cause on February 20, 2020. (ECF No. 12.)

1

In his response, Plaintiff contends that the head law librarian re-submitted Plaintiff's complaint in January 2020 through the electronic filing system. (Id.)

A review of the Court's docket system reveals that on January 14, 2020, the Court received a civil rights complaint form from Plaintiff and a new case was opened in case number 1:20-cv-00071-SKO (PC), Shane Monroe Bowden v. California Department of Corrections, et.al.

On February 25, 2020, Magistrate Judge Sheila K. Oberto directed the Clerk of Court to file the complaint in case number 1:20-cv-00071-SKO (PC), as the amended complaint in the instant action, and the amended complaint was filed on this date. (ECF Nos. 13, 14.) Accordingly, the Court will discharge the February 4, 2020 order to show cause.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's February 4, 2020 order to show cause (ECF No. 11) is DISCHARGED; and
2. The Court will screen Plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated: **February 25, 2020**

UNITED STATES MAGISTRATE JUDGE