# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MONROE BOWDEN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　Defendants. | CASE NO. 1:19-cv-01769-AWI-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 20) |

Plaintiff Shane Monroe Bowden is a state prisoner proceeding pro se and in forma pauperis in this 42 U.S.C. § 1983 civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On September 8, 2020, the assigned magistrate judge recommended that this action be dismissed because of Plaintiff's failure to state a claim in his second-amended complaint. Doc. No. 20. Plaintiff timely objected to the findings and recommendations on October 2, 2020. Doc. No. 21.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1.　　The findings and recommendations (Doc. No. 20) issued on September 8, 2020, are

1 | ADOPTED in full;
2. This action is DISMISSED, without prejudice, because of plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: May 20, 2021

_____
SENIOR DISTRICT JUDGE